AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| TREASURE CHEST MEDIA, LLC, a Florida Limited Liability Corporation,<br><br>*Plaintiff(s)*<br>v.<br>4D DISTRIBUTION, LLC, a Florida Limited Liability Corporation and SCOTT DIXON, individually,<br><br>*Defendant(s)* | Civil Action No. 6:17-CV-539-ORL-37-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scott Dixon
657 Pine Shadow Court
Longwood, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin P. Donaghy, Esquire
Donaghy Law
195 Wekiva Springs Road
Suite 224
Longwood, FL 32779
(407) 478-6008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-28-17

_Suzanne P. Manuel_
*Signature of Clerk or Deputy Clerk*